# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| KARL MEMARI, JAMES SCHILLER, and ROBERT VAUGHAN, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>PLY GEM PRIME HOLDINGS, INC; PLY GEM HOLDINGS INC.; PLY GEM INDUSTRIES, INC.; MWM HOLDING, INC., AND MW MANUFACTURERS, INC.<br>        Defendants. | **Case No. 2:13-CV-00850 RMG** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned matter hereby stipulate that it shall be dismissed, with prejudice and without costs, and that all rights of appeal are hereby waived.

This 18th day of May, 2015.

| Plaintiff, by their attorneys, | Defendants, by their attorneys, |
|---|---|
| /s/ Justin O'Toole Lucey<br>Justin O'Toole Lucey<br>Dabny Lynn<br>Stephanie D. Drawdy<br>Justin O'Toole Lucey Law Firm<br>P.O. Box 806<br>Mt. Pleasant, SC 29465<br>(843) 849-8941<br>jlucey@lucey-law.com<br>dlynn@lucey-law.com<br>sdrawdy@lucey-law.com | /s/ Steve M. Pharr<br>Steve M. Pharr Bar No. 11059<br>Pharr Law , PLLC<br>8 West Third Street, Suite 600<br>Winston-Salem, NC 27101<br>(336) 721-2400<br>spharr@pharrlaw.com |

Donald R. Frederico (*pro hac vice*)
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 448-8100
dfrederico@pierceatwood.com